**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Zhalilov Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **DBA Zipper Freight** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-3676435** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **6100 North Talman Avenue** <br> **Apt. A2** <br> **Chicago, IL 60659** <br> Number, Street, City, State & ZIP Code <br><br> **Cook** <br> County | **Mailing address, if different from principal place of business** <br><br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: |

| Debtor | Zhalilov Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Zhalilov Inc.**                                              Case number (*if known*) _____
    Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____

District _____ When _____ Case number, if known _____

**11.** **Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
        Contact name _____
        Phone _____

---

**█ Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Zhalilov Inc.**                                           Case number (*if known*) _____
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Zhalilov Inc.**
_____    Case number (*if known*) _____
Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 22, 2023**
_____
MM / DD / YYYY

X **/s/ Erlan Zhalilov**
_____    **Erlan Zhalilov**
Signature of authorized representative of debtor        _____
Printed name

Title    **President**
_____

**18. Signature of attorney**

X **/s/ Joel A. Schechter**
_____    Date    **May 22, 2023**
Signature of attorney for debtor        _____
MM / DD / YYYY

**Joel A. Schechter 3122099**
_____
Printed name

**Law Offices of Joel A. Schechter**
_____
Firm name

**53 West Jackson Blvd**
**Suite 1522**
**Chicago, IL 60604**
_____
Number, Street, City, State & ZIP Code

Contact phone    **312-332-0267**    Email address    **joel@jasbklaw.com**

**3122099 IL**
_____
Bar number and State

Debtor   __Zhalilov Inc._____     Case number (if known) _____
         Name

▊  **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __May 22, 2023_____
              MM / DD / YYYY

X  _____          **Erlan Zhalilov**
Signature of authorized representative of debtor        Printed name

Title   **President**_____

**18. Signature of attorney**

X  _____          Date  **May 22, 2023**____
Signature of attorney for debtor                  MM / DD / YYYY

__Joel A. Schechter 3122099_____
Printed name

__Law Offices of Joel A. Schechter_____
Firm name

**53 West Jackson Blvd**
**Suite 1522**
**Chicago, IL 60604**_____
Number, Street, City, State & ZIP Code

Contact phone  __312-332-0267____     Email address  __joel@jasbklaw.com__

**3122099 IL**_____
Bar number and State

Fill in this information to identify the case:

Debtor name   **Zhalilov Inc.**

United States Bankruptcy Court for the:   **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■   *Schedule H: Codebtors* (Official Form 206H)
■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   *Amended Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 22, 2023**        X _____
                                        Signature of individual signing on behalf of debtor

                                        **Erlan Zhalilov**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **Zhalilov Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amur Equipment Finance, Inc. 304 West 3rd Street Grand Island, NE 68801 | | 2019 Freightliner Cascadia (1474) | | $170,011.82 | $70,000.00 | $100,011.82 |
| Banterra Bank 3201 Banterra Drive P.O. Box 310 Marion, IL 62959 | | 2018 Freightliner Cascadia (0500) | | $65,688.69 | $35,000.00 | $30,688.69 |
| BestPass, Inc. P.O. Box 786587 Philadelphia, PA 19178-6587 | | unpaid tolls | | | | $6,976.75 |
| BMO Harris Bank, N.A. Transportation Finance P.O. Box 35707 Billings, MT 59107 | | 2018 Freightliner Cascadia (2627) | | $48,486.00 | $45,000.00 | $3,486.00 |
| Chase Cardmember Service P. O. Box 15298 Wilmington, DE 19850-5298 | | miscellaneous credit card charges | | | | $12,486.44 |
| Erlan Zhalilov 6100 North Talman Avenue Apt. A2 Chicago, IL 60659 | | miscellaneous loans | | | | $200,000.00 |
| Malika Zhalilov 6100 North Talman Avenue Apt. A2 Chicago, IL 60659 | | miscellaneous loans | | | | $35,000.00 |

Debtor    **Zhalilov Inc.**
_____    Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TPine Leasing Capital LP 1125 East Alexis Road Toledo, OH 43612** | | **(4) 2021 Hyundai Dryvans (2021, 2059, 2065, 2071)** | | **$208,584.00** | **$120,000.00** | **$88,584.00** |
| **U.S. Small Business Administration 801 Tom Martin Drive Suite 120 Birmingham, AL 35211** | | **inventory, equipment, accounts** | | **$496,800.00** | **$6,700.00** | **$490,100.00** |

**Fill in this information to identify the case:**

Debtor name **Zhalilov Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*................................................................................ $      0.00

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*........................................................................... $    397,114.89

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*............................................................................. $    397,114.89

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    1,030,640.51

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $    0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$    254,463.19

4. **Total liabilities** ............................................................................................
   Lines 2 + 3a + 3b                 $    1,285,103.70

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Zhalilov Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **JP Morgan Chase Bank (account was overdrawn at filing by $2,129.69)** | checkimg | 1591 | $0.00 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**                                                                           $0.00
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:     Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

| 8.1.  **Prepaid insurance coverages, paid in full through June 8, 2023** | $31,914.89 |
|---|---|
| 8.2.  **Bond, Oregon Department of Transportation** | $3,500.00 |

Debtor   **Zhalilov Inc.**
Name

Case number *(If known)* _____

9.   **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

|  | $35,414.89 |
|---|---|

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:   Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:   Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** | | | |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** (1) computer, (1) monitor, (1) printer, (2) tables, (3) chairs, (1) shelf | $0.00 | Liquidation | $2,100.00 |
| 42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.   **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

|  | $2,100.00 |
|---|---|

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

Debtor   **Zhalilov Inc.**                                              Case number *(If known)* _____
         Name

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2021 Hyundai Dryvan (2059)** | $0.00 | **Liquidation** | $30,000.00 |
| 47.2. **2019 Freightliner Cascadia (1474)** | $0.00 | **Liquidation** | $70,000.00 |
| 47.3. **2018 Freightliner Cascadia (0504)** | $0.00 | **Liquidation** | $45,000.00 |
| 47.4. **2018 Freightliner Cascadia (0500)** | $0.00 | **Liquidation** | $35,000.00 |
| 47.5. **2018 Freightliner Cascadia (2627)** | $0.00 | **Liquidation** | $45,000.00 |
| 47.6. **2021 Hyundai Dryvan (2071)** | $0.00 | **Liquidation** | $30,000.00 |
| 47.7. **2021 Hyundai Dryvan (2021)** | $0.00 | **Liquidation** | $30,000.00 |
| 47.8. **2021 Hyundai Dryvan (2065)** | $0.00 | **Liquidation** | $30,000.00 |
| 47.9. **2018 Freightliner Cascadia (3953)** | $0.00 | **Liquidation** | $40,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
   floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**(5) tablets with cables, (5) cameras, (5) GPS devices, (5) toll pass devices, (20) straps, (6) chains** | $0.00 | **Liquidation** | $4,200.00 |
|---|---|---|---|
| **(2) refrigerators in vehicles** | $0.00 | **Liquidation** | $400.00 |

Debtor   **Zhalilov Inc.**                                                       Case number *(If known)* _____
_____
Name

51. **Total of Part 8.**                                                                              | $359,600.00 |

Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

---

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

---

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

---

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities**<br>**general liability, physical damage & cargo insurance**<br>**coverages** | $0.00 |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                                              | $0.00 |

Add lines 71 through 77. Copy the total to line 90.

---

Debtor    **Zhalilov Inc.**_____    Case number *(If known)*_____
          Name

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor   **Zhalilov Inc.**                                    Case number *(If known)* _____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $35,414.89 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,100.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $359,600.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $397,114.89 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $397,114.89 |

**Fill in this information to identify the case:**

Debtor name   **Zhalilov Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| 2.1 | **Advance Business Capital LLC**<br>Creditor's Name<br><br>**d/b/a Triumph Business Capital**<br>**651 Canyon Drive, Suite 105**<br>**Coppell, TX 75019**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**February 25, 2022**<br>**Last 4 digits of account number**<br>**4664**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**accounts receivable factoring notice purposes only**<br><br><br><br>**Describe the lien**<br>**factoring/security agreement**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | **$0.00** | **$0.00** |
| 2.2 | **Amur Equipment Finance, Inc.**<br>Creditor's Name<br><br>**304 West 3rd Street**<br>**Grand Island, NE 68801**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**2019 Freightliner Cascadia (1474)**<br><br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | **$170,011.82** | **$70,000.00** |

Debtor __Zhalilov Inc._____  Case number (if known) _____
      Name

4957

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.3** **Banterra Bank**
Creditor's Name

**3201 Banterra Drive**
**P.O. Box 310**
**Marion, IL 62959**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**March 24, 2022**

Last 4 digits of account number
**6158**

**Describe debtor's property that is subject to a lien**
**2018 Freightliner Cascadia (0500)**

          **$65,688.69**        **$35,000.00**

**Describe the lien**
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.4** **BMO Harris Bank, N.A.**
Creditor's Name

**Transportation Finance**
**P.O. Box 35707**
**Billings, MT 59107**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**February 22, 2022**

Last 4 digits of account number
**2001**

**Describe debtor's property that is subject to a lien**
**2018 Freightliner Cascadia (2627)**

          **$48,486.00**        **$45,000.00**

**Describe the lien**
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.5** **Engs Commercial Finance Co.**
Creditor's Name

**One Pierce Place**
**Suite 1100 West**
**Itasca, IL 60143**

**Describe debtor's property that is subject to a lien**
**2018 Freightliner Cascadia (0504)**

          **$41,070.00**        **$45,000.00**

---

Debtor   **Zhalilov Inc.**                                          Case number (if known) _____
_____
Name

Creditor's mailing address

Describe the lien
**Purchase Money Security**
_____
Is the creditor an insider or related party?

■ No
_____
Creditor's email address, if known        ☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**                 ☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3351**
Do multiple creditors have an         As of the petition filing date, the claim is:
interest in the same property?        Check all that apply

■ No                                   ☐ Contingent
☐ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

| 2.6 | **TPine Leasing Capital LP** | Describe debtor's property that is subject to a lien | $208,584.00 | $120,000.00 |
|---|---|---|---|---|

Creditor's Name

**1125 East Alexis Road**
**Toledo, OH 43612**

**(4) 2021 Hyundai Dryvans (2021, 2059, 2065, 2071)**

Creditor's mailing address

Describe the lien
**Purchase Money Security**
_____
Is the creditor an insider or related party?

■ No
_____
Creditor's email address, if known        ☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**                 ☐ No
**March 7, 2022, March 22,**
**2022**                                   ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**1108,1082,1083,1084**
Do multiple creditors have an         As of the petition filing date, the claim is:
interest in the same property?        Check all that apply

■ No                                   ☐ Contingent
☐ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

| 2.7 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $496,800.00 | $6,700.00 |
|---|---|---|---|---|

Creditor's Name

**801 Tom Martin Drive**
**Suite 120**
**Birmingham, AL 35211**

**inventory, equipment, accounts**

Creditor's mailing address

Describe the lien
**Non-Purchase Money Security**
_____
Is the creditor an insider or related party?

■ No
_____
Creditor's email address, if known        ☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**                 ☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**9101**
Do multiple creditors have an         As of the petition filing date, the claim is:
interest in the same property?        Check all that apply

Debtor    **Zhalilov Inc.**
_____    Case number (if known)    _____
Name

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$1,030,640.51** |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Banterra Bank**<br>**Transportation Dept.**<br>**P.O. Box 310**<br>**Marion, IL 62959** | Line  **2.3** | |
| **BMO Harris Bank, N.A.**<br>**300 E. John Carpenter Freeway**<br>**Irving, TX 75062-2712** | Line  **2.4** | |
| **Engs Commercial Finance Co.**<br>**P.O. Box 128**<br>**Itasca, IL 60143-0128** | Line  **2.5** | |

**Fill in this information to identify the case:**

Debtor name __**Zhalilov Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,976.75** |
|---|---|---|---|
| | **BestPass, Inc.**<br>**P.O. Box 786587**<br>**Philadelphia, PA 19178-6587** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __various__ | **Basis for the claim:** __unpaid tolls__ | |
| | Last 4 digits of account number __0192__ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,486.44** |
|---|---|---|---|
| | **Chase**<br>**Cardmember Service**<br>**P. O. Box 15298**<br>**Wilmington, DE 19850-5298** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __various__ | **Basis for the claim:** __miscellaneous credit card charges__ | |
| | Last 4 digits of account number __4806__ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|
| | **Erlan Zhalilov**<br>**6100 North Talman Avenue**<br>**Apt. A2**<br>**Chicago, IL 60659** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __various__ | **Basis for the claim:** __miscellaneous loans__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00** |
|---|---|---|---|
| | **Malika Zhalilov**<br>**6100 North Talman Avenue**<br>**Apt. A2**<br>**Chicago, IL 60659** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __various__ | **Basis for the claim:** __miscellaneous loans__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Zhalilov Inc.** | Case number (if known) | |
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Chase**<br>**Cardmember Service**<br>**P.O. Box 6294**<br>**Carol Stream, IL 60197-6294** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **ECC and Associates**<br>**26 Railroad Avenue**<br>**#117**<br>**Babylon, NY 11702** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 254,463.19 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 254,463.19 |

**Fill in this information to identify the case:**

Debtor name     **Zhalilov Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest **Factoring Agreement** | |
| State the term remaining | **Advance Business Capital LLC** |
| List the contract number of any government contract | **651 Canyon Drive** **Suite  105** **Coppell, TX 75019** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest **month to month tenancy of 260 Northland Blvd., Suite 302A, Cincinnati, OH 45246** | |
| State the term remaining **month to month** | **Community Management Corporation** |
| List the contract number of any government contract | **260 Northland Blvd** **Suite 200** **Cincinnati, OH 45246** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest **independent contractor agreement to provide carrier services for Debtor** | |
| State the term remaining **n/a** | **Erlan Zhalilov** |
| List the contract number of any government contract | **6100 North Talman Avenue** **Apt. A2** **Chicago, IL 60659** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest **independent contractor agreement to provide carrier services for Debtor** | |
| State the term remaining **n/a** | **Ersin Ersari** |
| List the contract number of any government contract | **8635 260th Street** |

Debtor 1   **Zhalilov Inc.**                                              Case number (*if known*) _____
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **independent contractor agreement to provide carrier services for Debtor** | |
|---|---|---|---|
| | State the term remaining | **n/a** | |
| | List the contract number of any government contract | | **Larry B. Kennedy 457 Jo Ann Circle Greenville, MS 38701** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **independent contractor agreement to provide carrier services for Debtor** | |
|---|---|---|---|
| | State the term remaining | **n/a** | |
| | List the contract number of any government contract | | **Mohamed El Kita 7404 Timber Drive Apt. 5 Cincinnati, OH 45241** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **(2) storage lots for storing vehicles** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Perose, LLC 17201 State Street South Holland, IL 60473** |

**Fill in this information to identify the case:**

Debtor name  **Zhalilov Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Erlan Zhalilov** | **6100 North Talman Avenue Apt. A2 Chicago, IL 60659** | **U.S. Small Business Administration** | ■ D __2.7__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Erlan Zhalilov** | **6100 North Talman Avenue Apt. A2 Chicago, IL 60659** | **TPine Leasing Capital LP** | ■ D __2.6__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Erlan Zhalilov** | **6100 North Talman Avenue Apt. A2 Chicago, IL 60659** | **Engs Commercial Finance Co.** | ■ D __2.5__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Erlan Zhalilov** | **6100 North Talman Avenue Apt. A2 Chicago, IL 60659** | **Banterra Bank** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **Zhalilov Inc.** | | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.5 | **Erlan Zhalilov** | 6100 North Talman Avenue<br>Apt. A2<br>Chicago, IL 60659 | **BMO Harris Bank, N.A.** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | **Erlan Zhalilov** | 6100 North Talman Avenue<br>Apt. A2<br>Chicago, IL 60659 | **Chase** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.7 | **Erlan Zhalilov** | 6100 North Talman Avenue<br>Apt. A2<br>Chicago, IL 60659 | **Advance Business Capital LLC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Erlan Zhalilov** | 6100 North Talman Avenue<br>Apt. A2<br>Chicago, IL 60659 | **Community Management Corporation** | ☐ D _____<br>☐ E/F _____<br>■ G __2.2__ |

**Fill in this information to identify the case:**

Debtor name   **Zhalilov Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $390,039.34 |
   | **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $2,245,614.00 |
   | **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | $385,783.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   | --- | --- | --- | --- |

Debtor   **Zhalilov Inc.** _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **TPine Leasing Capital LP**<br>**1125 East Alexis Road**<br>**Toledo, OH 43612** | **April 11, 2023** | $8,092.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Mustafa Suhrabi, Claimant v. Zhalilov Inc. d/b/a Zipper Freight and Erlan Zhalilov**<br>**22-0002826** | **wage claim dispute** | **Illinois Department of Labor** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:   Certain Gifts and Charitable Contributions**

| Debtor | Zhalilov Inc. | Case number *(if known)* | |
|---|---|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **2020 Freightliner Cascadia, stolen** | **$117,095.00, of which approximately $87,095 was paid to the lien holder** | **March 13, 2022** | **$118,000.00** |

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Joel A. Schechter<br>53 W. Jackson Blvd.<br>Suite 1522<br>Chicago, IL 60604** | | **April 10, 2023** | **$3,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Joel A. Schechter<br>53 W. Jackson Blvd.<br>Suite 1522<br>Chicago, IL 60604** | | **May 3, 2023** | **$5,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

Debtor   **Zhalilov Inc.**                                              Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | **Joel A. Schechter**<br>**53 W. Jackson Blvd.**<br>**Suite 1522**<br>**Chicago, IL 60604** | | **May 15, 2023** | **$5,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **Joel A. Schechter**<br>**53 W. Jackson Blvd.**<br>**Suite 1522**<br>**Chicago, IL 60604** | | **May 16, 2023 (amount includes $1,000 of filing fee)** | **$5,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.5. | **Joel A. Schechter**<br>**53 W. Jackson Blvd.**<br>**Suite 1522**<br>**Chicago, IL 60604** | | **May 19, 2023 (amount applied to filing fee)** | **$662.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.6. | **Joel A. Schechter**<br>**53 W. Jackson Blvd.**<br>**Suite 1522**<br>**Chicago, IL 60604** | | **May 23, 2023 (applied to filing fee)** | **$76.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Erlan Zhalilov** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

Debtor    **Zhalilov Inc.**                                              Case number *(if known)* _____

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

### Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

### Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

### Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    Zhalilov Inc.                                    Case number *(if known)*  _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

Debtor   Zhalilov Inc.                                                                  Case number (if known) _____

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Vohra Tax & Accounting**<br>**9 LW Bensinger Drive**<br>**Suite 1A**<br>**Carpentersville, IL 60110** | **annual preparation**<br>**of tax returns (2021)** |
| 26a.2. **Top Tax Inc.**<br>**5251 North Central Avenue**<br>**Chicago, IL 60630** | **annual preparation**<br>**of tax returns (2022)** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people
in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|---|---|---|---|
| **Erlan Zhalilov** | **6100 North Talman Avenue**<br>**Apt. A2**<br>**Chicago, IL 60659** | **President** | **100%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in**

Debtor    **Zhalilov Inc.**                                                    Case number *(if known)* _____

control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Erlan Zhalilov**<br>**6100 North Talman Avenue**<br>**Apt. A2**<br>**Chicago, IL 60659** | $45,332 | various | draw/salary |
| | **Relationship to debtor**<br>**sole shareholder/president** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 22, 2023**

**/s/ Erlan Zhalilov**                                          **Erlan Zhalilov**
Signature of individual signing on behalf of the debtor              Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 Erlan Zhalilov<br>6100 North Talman Avenue<br>Apt. A2<br>Chicago, IL 60659 | $45,332 | various | draw/salary |

**Relationship to debtor**
sole shareholder/president

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

Name of the parent corporation                                    Employer identification number of the parent corporation

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

Name of the pension fund                                          Employer identification number of the pension fund

### Part 14:  Signature and Declaration

WARNING — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 22, 2023

_____                    Erlan Zhalilov
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Zhalilov Inc.** _____    Case No. _____
Debtor(s)       Chapter    **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____    $    **To be determined by Court order**

    Prior to the filing of this statement I have received _____    $    **17,500**

    Balance Due _____    $    **To be determined by Court order**

2. $ **1,738.00** of the filing fee has been paid. ($76.00 of the filing fee was paid by Erlan Zhalilov)

3. The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed] **Negotiations with secured creditors to reduce debt to market value; preparation and filing of any necessary motions; preparation and filing of Chapter 11 plan and any amendments; appearance at any necessary court hearings. See attached retention agreement.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 22, 2023** _____        _____
*Date*        **Joel A. Schechter 3122099**
*Signature of Attorney*
**Law Offices of Joel A. Schechter**
**53 West Jackson Blvd**
**Suite 1522**
**Chicago, IL 60604**
**312-332-0267  Fax: 312-939-4714**
**joel@jasbklaw.com**
*Name of law firm*

LAW OFFICES OF
# JOEL A. SCHECHTER

JOEL A. SCHECHTER
ALSO ADMITTED TO PRACTICE IN FLORIDA

SUITE 1522
53 WEST JACKSON BOULEVARD
CHICAGO, ILLINOIS 60604
TELEPHONE (312) 332-0267
FAX (312) 939-4714

April 15, 2023

Via email zippersafety1@gmail.com
Malika Zhalilov
Zhalilov Inc.
6100 North Talman
Apt. A2
Chicago, IL 60659

Re:    Retention Agreement

Dear Malika:

   This letter confirms that you and Erlan Zhalilov ("Erlan") desire to retain Joel A. Schechter of the Law Offices of Joel A. Schechter ("Schechter") on behalf of Zhalilov, Inc. ("Company") to represent Company in connection with the filing of a petition pursuant to Subchapter V of Chapter 11 of Title 11, U.S.C. ("Bankruptcy Code").

   In consideration of the legal services rendered and to be rendered by Schechter on behalf of Company pursuant to this retention agreement, Company and Erlan agree to pay legal fees in accordance with the following terms and conditions:

1.    $17,500.00 advance ("Advance Payment Retainer") plus $1,738.00 filing fee to be paid prior to the filing of the case. This retention agreement constitutes an Advance Payment Retainer under Illinois law. An advance payment retainer consists of a present payment to the lawyer in exchange for the commitment to provide legal services in the future. Ownership of this Advance Payment Retainer passes to the lawyer immediately upon payment and you and Erlan acknowledge that the Advance Payment Retainer may be deposited into Schechter's general operating account. Any unearned fees from the Advance Payment Retainer will be refunded. Schechter acknowledges receipt of $3,500.00 on April 10, 2023. Accordingly, pursuant to this retention agreement, $14,000, plus the filing fee of $1,738.00 is due.

2.    The current usual and customary hourly rate is $500.00 and is subject to periodic increases, upon notice to Company. In addition, Company agrees to pay for all usual and customary out-of-pocket expenses and costs including, but not limited to, postage, copy charges, court reporter fees and other costs expended on behalf of

Malika Zhalilov
Zhalilov Inc.
April 15, 2023
p. 2

Company.

3.    After the filing of the Chapter 11 case, Schechter will seek authority from the
Court for allowance of fees and expenses and, if necessary, will seek authority for
the payment of additional fees and costs when the Advance Payment Retainer has
been exhausted.

4.    In consideration of payment of the above-referenced legal fees, Schechter agrees to
render legal services to Company in connection with the Chapter 11 case including,
but not limited to, giving advice with respect to the progress of the case, attending
the meeting of creditors, advising and assisting Company in the preparation of
schedules, statement of financial affairs, monthly operating reports and any other
necessary documents to be filed with the Court, preparing necessary pleadings and
appearing at all Court hearings, and representing Company in connection with any
adversary proceedings.

5.    Erlan and Company agree to furnish Schechter with all necessary documents and
information in order to comply with the Bankruptcy Code including, but not limited
to, income statements, balance sheets, federal income tax returns, evidence of all
indebtedness, list of all assets and approximate fair market values, monthly
expenses and other documents and information incidental to the filing and
prosecution of the case.

6.    In the event of Erlan's and/or Company's non-cooperation or material breach of
this retention agreement or Erlan's and/or Company's failure to disclose any
material fact or act contrary to Schechter's advice or, if anything else occurs that, in
Schechter's opinion, impairs his ability to continue to effectuate the attorney-client
privilege, Schechter may seek to withdraw from representing Company, consistent
with the applicable Rules of Professional Conduct, upon proper notice and order
entered by the Court.

7.    The representation of Company by Schechter terminates upon the issuance of a
final decree or dismissal of the case.   Schechter's services hereunder can be
terminated by either party at any time.   If termination of services is requested by
Company, Schechter would file a motion, with notice to Company, of his request to
withdraw as counsel.

8.    Although Schechter will perform his services on Company's behalf to the best of
his ability, Schechter cannot make, and has not made, any guaranty regarding the
outcome of the matters on which he has been engaged.   Schechter's expressions

Malika Zhalilov
Zhalilov Inc.
April 15, 2023
p. 3

about the outcome of the matter are his best professional estimate only and are limited by his knowledge at the time so expressed.

Please signify your desire to retain Schechter in accordance with this retention agreement and your acceptance of the terms and conditions contained herein by signing this letter and returning the same along with the balance of the requested retainer for fees and costs in the total amount of $15,738.00.

Very truly yours,

Law Offices of Joel A. Schechter

By: _____
Joel A. Schechter

Zhalilov Inc,

By: _____
Erlan Zhalilov, President

_____
Erlan Zhalilov

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Zhalilov Inc.**

_____

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Erlan Zhalilov**<br>**6100 North Talman Avenue**<br>**Apt. A2**<br>**Chicago, IL 60659** | **common** | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 18, 2023**

_____

Signature   _____
Erlan Zhalilov

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re   __Zhalilov Inc.__ _____   Case No. _____

                                    Debtor(s)          Chapter   __11__ _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:   _____   **16**


The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date:   __May 18, 2023__ _____

**Erlan Zhalilov/President**
**Signer/Title**

.

Advance Business Capital LLC
d/b/a Triumph Business Capital
651 Canyon Drive, Suite 105
Coppell, TX 75019


Advance Business Capital LLC
651 Canyon Drive
Suite 105
Coppell, TX 75019


Amur Equipment Finance, Inc.
304 West 3rd Street
Grand Island, NE 68801


Banterra Bank
3201 Banterra Drive
P.O. Box 310
Marion, IL 62959


Banterra Bank
Transportation Dept.
P.O. Box 310
Marion, IL 62959


BestPass, Inc.
P.O. Box 786587
Philadelphia, PA 19178-6587


BMO Harris Bank, N.A.
Transportation Finance
P.O. Box 35707
Billings, MT 59107


BMO Harris Bank, N.A.
300 E. John Carpenter Freeway
Irving, TX 75062-2712


Chase
Cardmember Service
P. O. Box 15298
Wilmington, DE 19850-5298


Chase
Cardmember Service
P.O. Box 6294
Carol Stream, IL 60197-6294

```
ECC and Associates
26 Railroad Avenue
#117
Babylon, NY 11702


Engs Commercial Finance Co.
One Pierce Place
Suite 1100 West
Itasca, IL 60143


Engs Commercial Finance Co.
P.O. Box 128
Itasca, IL 60143-0128


Erlan Zhalilov
6100 North Talman Avenue
Apt. A2
Chicago, IL 60659


Malika Zhalilov
6100 North Talman Avenue
Apt. A2
Chicago, IL 60659


TPine Leasing Capital LP
1125 East Alexis Road
Toledo, OH 43612


U.S. Small Business Administration
801 Tom Martin Drive
Suite 120
Birmingham, AL 35211
```

## United States Bankruptcy Court
### Northern District of Illinois

In re    Zhalilov Inc.

Debtor(s)

Case No.

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Zhalilov Inc.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

May 22, 2023

Date

Joel A. Schechter 3122099

Signature of Attorney or Litigant

Counsel for    Zhalilov Inc.

Law Offices of Joel A. Schechter
53 West Jackson Blvd
Suite 1522
Chicago, IL 60604
312-332-0267 Fax:312-939-4714
joel@jasbklaw.com